```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARK J. McKEON
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 498-4000
    Facsimile: (559) 497-4099
 5
    Attorneys for the
 6    United States of America
 7
                  IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                         EASTERN DISTRICT OF CALIFORNIA
 9
10
11  UNITED STATES OF AMERICA,      )   CASE NO.  1:10-cr-00090 AWI
                                   )
12              Plaintiff,         )   STIPULATION TO CONTINUE
                                   )   SENTENCING HEARING; ORDER
13       v.                        )   THEREON
                                   )
14  VICKEY ANN KYLE,               )   DATE: February 27, 2012
                                   )   TIME: 9:00 a.m.
15              Defendant.         )   CTRM: Hon. Anthony W. Ishii
                                   )
16  _____   )
17
```

IT IS HEREBY STIPULATED by and between the parties hereto that the hearing on the sentencing in the above-entitled matter, as to defendant VICKEY ANN KYLE only, previously set for October 31, 2011, be continued be continued until **February 27, 2012, at 9:00 a.m.**

The reason for this continuance is to allow counsel for the defendant and the government time for further preparation.  Ms. Kyle's plea agreement contains a cooperation agreement which needs to be completed before she can be sentenced.  A jury trial on the remaining co-defendant, Stephanie Yost, previously set for October 18, 2011, has been continued until January 24, 2012.  It is both

1

parties estimate, at this time, that a hearing on February 27, 2012, would allow the necessary time to comply with the plea agreement and be prepared for the sentencing hearing.

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATED: October 25, 2011    By:      /s/Mark J. McKeon
                                    MARK J. McKEON
                                    Assistant U.S. Attorney

DATED: October 25, 2011             /s/ Eric K. Fogderude
                                    ERIC K. FOGDERUDE
                                    Attorney for Defendant
```

**ORDER**

IT IS SO ORDERED.

Dated:      October 25, 2011
                                    CHIEF UNITED STATES DISTRICT JUDGE