```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARK J. McKEON
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 498-4000
    Facsimile: (559) 497-4099
 5
    Attorneys for the
 6    United States of America
 7
                  IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                         EASTERN DISTRICT OF CALIFORNIA
 9
10
11  UNITED STATES OF AMERICA,    )   CASE NO.  1:10-cr-00090 AWI
                                 )
12          Plaintiff,           )   STIPULATION TO CONTINUE
                                 )   SENTENCING HEARING; ORDER
13      v.                       )   THEREON
                                 )
14  DUSTIE DENISE LEVINE,        )   DATE: February 27, 2012
                                 )   TIME: 9:00 a.m.
15          Defendant.           )   CTRM: Hon. Anthony W. Ishii
                                 )
16  _____)
17
```

18      IT IS HEREBY STIPULATED by and between the parties hereto that
19  the hearing on the sentencing in the above-entitled matter, as to
20  defendant DUSTIE DENISE LEVINE only, previously set for October 31,
21  2011, be continued be continued until **February 27, 2012, at 9:00**
22  **a.m.**
23      The reason for this continuance is to allow counsel for the
24  defendant and the government time for further preparation.  Ms.
25  Kyle's plea agreement contains a cooperation agreement which needs
26  to be completed before she can be sentenced.  A jury trial on the
27  remaining co-defendant, Stephanie Yost, previously set for October
28  18, 2011, has been continued until January 24, 2012.  It is both

                                    1

parties estimate, at this time, that a hearing on February 27, 2012, would allow the necessary time to comply with the plea agreement and be prepared for the sentencing hearing.

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATED: October 25, 2011   By:     /s/Mark J. McKeon
                                  MARK J. McKEON
                                  Assistant U.S. Attorney

DATED: October 25, 2011           /s/ Joseph Altshule
                                  JOSEPH ALTSHULE
                                  Attorney for Defendant
```

**ORDER**

IT IS SO ORDERED.

Dated:     October 25, 2011
                                    CHIEF UNITED STATES DISTRICT JUDGE