ANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #91175
Assistant Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
STEPHANIE YOST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:10-cr-00090 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | SENTENCING |
| v. | ) | |
| | ) | DATE: May 14, 2012 |
| STEPHANIE YOST, | ) | TIME: 10:00 a.m. |
| | ) | JUDGE: Hon. Anthony W. Ishii |
| Defendant. | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective

counsel, that the sentencing in the above-captioned matter now set for April 2, 2012, **may be continued to**

**May 14, 2012 at 10:00 a.m**.

This continuance is at the request of counsel for defendant. Counsel needs further time to

submit documentation for the presentence investigation report.


                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: February 17, 2012          By:   /s/ Mark J. McKeon
                                                MARK J. MCKEON
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

///

///

Yost - Stipulation and Proposed Order
to Continue Sentencing

DANIEL J. BRODERICK
Federal Defender

DATED:  February 17, 2012          By:    /s/ Francine Zepeda
                                          FRANCINE ZEPEDA
                                          Assistant Federal Defender
                                          Attorneys for Defendant
                                          STEPHANIE YOST


# **O R D E R**

IT IS SO ORDERED.

Dated:  ___February 17, 2012___          _____
                                          CHIEF UNITED STATES DISTRICT JUDGE