```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARK J. McKEON
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone (559) 498-4000
    Facsimile: (559) 497-4099
 5
    Attorneys for the
 6   United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:10-cr-00090-AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO CONTINUE SENTENCING |
| v. | ) | HEARING |
| | ) | |
| STEPHANIE YOST, | ) | DATE: July 16, 2012 |
| | ) | TIME: 10:00 a.m. |
| Defendant. | ) | CTRM: Hon. Anthony W. Ishii |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the sentencing hearing now set for July 9, 2012, may be continued until **July 16, 2012, at 10:00 a.m.**

This continuance is at the request of both parties. Defense counsel is accumulating Ms. Yost's medical records necessary for sentencing, and additional time to itemize the objections to loss which she has made may obviate the need for a sentencing hearing on loss. The Assistant United States Attorney assigned this matter will be out of the office from June 29, 2012 until July 8, 2012, and thus will not be available to meet and confer on these matters in the week before the sentencing hearing.

1

DATED: June 26, 2012         BENJAMIN B. WAGNER
                             United States Attorney

                        By:  /s/ Mark J. McKeon
                             MARK J. McKEON
                             ASSISTANT U.S. ATTORNEY

DATED: June 26, 2012         DANIEL J. BRODERICK
                             Federal Defender


                        By:  /s/ Francine Zepeda
                             FRANCINE ZEPEDA
                             ASSISTANT FEDERAL DEFENDER
                             Attorney for Defendant
                             STEPHANIE YOST

**ORDER**

IT IS SO ORDERED.

Dated:    June 27, 2012
                             CHIEF UNITED STATES DISTRICT JUDGE