DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #91175
Assistant Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
STEPHANIE YOST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-CR-00090 AWI |
| Plaintiff, | **SEALING ORDER** |
| v. | |
| STEPHANIE YOST, | |
| Defendant. | Judge: Hon. Anthony W. Ishii |

GOOD CAUSE SHOWN, the Court hereby orders that **Exhibits A, B and C** filed in conjunction with Defendant Stephanie Yost's Formal Objections to Presentence Investigation Report and Sentencing Memorandum; Exhibits, shall be sealed until further order of the Court.

IT IS SO ORDERED.

Dated: July 10, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE